# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| CINDIA DUBRAVCIC, | : |
| | : |
| Plaintiff, | : CIVIL ACTION FILE |
| | : NO: 7:19-CV-00018-HL |
| | : |
| GEORIGA BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, | : |
| | : |
| | : |
| | : |
| Defendant. | : |

## DEFENDANT'S REPORT ON STATUS OF DISCOVERY

COME NOW, Defendant Board of Regents of the University System of Georgia and files its Report on the Status of Discovery and states as follows:

As required by this Court's May 2, 2019, Rules 16 and 26 Order, Defendant submits this Status Report. Defendant served its First Interrogatories to Plaintiff and First Request for Production of Documents to Plaintiff on August 28, 2019. Defendant has agreed to extend the time in which Plaintiff's responses are due to Friday, October 11, 2019. Defendant anticipates deposing Plaintiff after reviewing Plaintiff's discovery responses. Defendant does not have any expert discovery issues to report at this time.

Respectfully submitted, this 30th day of September, 2019.

                                            *s/Kimberly Blue Lewis*
                                            Kimberly Blue Lewis
                                            Georgia Bar No. 451925
                                            Attorney for Defendant
                                            Georgia Dept. of Law
                                            40 Capitol Square, S.W.
                                            Atlanta, Georgia 30334
                                            (T): (404)656-4935
                                            (F): (404)-657-9932
                                            klewis@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2019, I caused to be electronically filed the foregoing **DEFENDANT'S REPORT ON STATUS OF DISCOVERY** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following counsel of record:

Kirby G. Smith
4488 Shallowford Road, Suite 105
Atlanta, Georgia 30338
kgs@kirbygsmith.com


*s/Kimberly Blue Lewis*
Kimberly Blue Lewis
Senior Assistant Attorney General
